UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARTHA HOLLEMAN AND MIKE HOLLEMAN** | **CIVIL ACTION NO. 2:19-00477** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GOLDEN NUGGET LAKE CHARLES, LLC, ET AL.** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

For the reasons set forth in the Court's Ruling, the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs Martha Holleman and Mike Holleman's Motion to Remand [Doc. No. 7] is **GRANTED**. This case is **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

Monroe, Louisiana, this the 6th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE